1026

[No. 28513-4-II.   Division Two.   September 2, 2003.]
PATRICK MILLER, *Appellant*, v. GRAYS HARBOR COUNTY, *Respondent.*

Appeal from a judgment of the Superior Court for Mason County, No. 01-2-00685-5, James B. Sawyer II, J., entered February 22, 2002. *Remanded* by unpublished opinion per Quinn-Brintnall, A.C.J., concurred in by Seinfeld and Houghton, JJ.

[No. 28821-4-II.   Division Two.   September 2, 2003.]
JAMES D. RAISBECK, *Appellant*, v. THE DEPARTMENT OF REVENUE, *Respondent.*

Appeal from a judgment of the Superior Court for Thurston County, No. 00-2-01990-1, Wm. Thomas McPhee, J., entered May 15, 2002. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Hunt, C.J., and Bridgewater, J.

[No. 28937-7-II.   Division Two.   September 2, 2003.]
*In the Matter of the Estate of* FRANK S. ELLIOTT.

ESTATE OF FRANK S. ELLIOTT, *Respondent*, v. PATRICIA ELLIOTT, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 98-4-00786-1, Frederick W. Fleming, J., entered June 16, 2002. *Reversed* by unpublished opinion per Seinfeld, J., concurred in by Hunt, C.J., and Houghton, J.

[No. 29389-7-II.   Division Two.   September 2, 2003.]
THE STATE OF WASHINGTON, *Respondent*, v. BILAL HANEFF WILLIS, *Appellant.*

Appeal from a judgment of the Superior Court for Thurston County, No. 02-1-00498-2, Richard A. Strophy, J., entered September 24, 2002. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Bridgewater and Armstrong, JJ.